Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Corey T. Moses,       
Appellant.
 
 
 

Appeal From Florence County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-354
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 Corey T. Moses, of Timmonsville; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:  Appellant, Corey T. Moses, 
 pled guilty to one count of failure to stop for a blue light and one count of 
 possession of a stolen vehicle.  The trial judge sentenced him to concurrent 
 terms of three years, suspended upon service of one year with two years of probation.  
 We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition 
 to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.